NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MIGUEL PEREZ, III, a/k/a,                )
MIGUEL ANGEL PEREZ, DOC #P90128,    )
                                         )
      Appellant,                           )
                                         )
v.                                       )    Case No.  2D18-4679
                                         )
STATE OF FLORIDA,                        )
                                         )
      Appellee.                            )
_____)

Opinion filed September 16, 2020.

Appeal from the Circuit Court for Pasco
County; Declan Mansfield and Kimberly
Campbell, Judges.

Howard L. Dimmig, II, Public Defender,
and Cynthia J. Dodge, Assistant Public
Defender, Bartow, for Appellant.

Miguel Perez, III, pro se.

Ashley Moody, Attorney General, Tampa,
for Appellee.


PER CURIAM.

      Affirmed.


CASANUEVA, SILBERMAN, and LUCAS, JJ., Concur.